UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**SHOULDERTAP TECHNOLOGIES, INC.,**
*doing business as FIZZ*,

                            Plaintiff,

-against-

**FIZZ SOCIAL CORP.**,

                            Defendant.

1:25-cv-01487 (ALC)

**ORDER**

---

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of Defendant's request for a pre-motion conference in relation to its anticipated motion to dismiss the amended complaint. ECF No. 46. Defendant's request for a pre-motion conference is **DENIED**. Defendant is **GRANTED** leave to file a motion to dismiss. Unless the parties jointly submit an alternative, the Court sets the following briefing schedule:

    Defendant's opening brief due by **July 15, 2025**

    Plaintiff's opposition brief due by **August 4, 2025**

    Defendant's reply brief due by **August 18, 2025**

The Clerk of Court is respectfully directed to terminate the pending motion at ECF No. 40 as moot.

**SO ORDERED.**

Dated:    June 23, 2025
            New York, New York

                                                        **ANDREW L. CARTER, JR.**
                                                        United States District Judge