UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHOULDERTAP TECHNOLOGIES, INC.,

                  Plaintiff,

-v-

FIZZ SOCIAL CORP.,

                  Defendant.

CIVIL ACTION NO.: 25 Civ. 1487 (ALC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the discussion held at the initial case management conference today, September 16, 2025, the Court orders as follows:

1. A telephonic status conference is scheduled for **Wednesday, November 19, 2025 at 2:30 p.m. EST** on the Court's conference line. The parties are directed to call 1-855-244-8681; access code 2308 226 4654 at the scheduled time.

2. The parties shall file a joint status letter not to exceed 1,250 words by **Friday, November 14, 2025** informing the Court of any discovery issues ripe for the Court's attention at that time.

Dated:     New York, New York
             September 16, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**