UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHOULDERTAP TECHNOLOGIES, INC.,

Plaintiff,

-v-

CIVIL ACTION NO.: 25 Civ. 1487 (ALC) (SLC)

**ORDER**

FIZZ SOCIAL CORP.,

Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

Based on the notice of voluntary dismissal filed by Plaintiff (Dkt. No. 72), the telephonic conference scheduled for Wednesday, January 14, 2026 and all other deadlines are ADJOURNED sine die.

Dated:     New York, New York
           January 9, 2026

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge